UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT 25  A 11: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>     )<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>    Defendant )<br>     ) | C.A. No. 04 12078 RWZ |

## ASSENTED TO MOTION TO EXTEND TIME FOR ANSWERING COMPLAINT

The defendant moves with the assent of the plaintiff to extend to the time for answering the complaint to and including November 29, 2004. As reasons therefor, the defendant states as follows:

1. The complaint alleges violation of the Americans with Disabilities Act by virtue of failing to comply with various articles of the Americans with Disabilities Act accessability guidelines. The detailed nature of the complaint requires a significant investigation in order to permit defense counsel to answer the complaint fully and in good faith.

2. The extension requested is not intended to unduly delay this proceeding. To the contrary the request is intended to aid in the prompt disposition of this proceeding.

WHEREFORE the defendant moves to extend the time for answering from October 25, 2004 to November 29, 2004.

| Plaintiff, | Defendant, |
|---|---|
| By his Attorney, | By its Attorney, |

_____
O. Oliver Wragg, Esquire
BBO # 643152
Fuller, Fuller and Associates, P.A.
12000 Biscayne Boulevard
North Miami, FL 33181
305-891-5199

_____
Michael Eby, Esquire (BBO #150800)
Ross D. Ginsberg, Esquire (BBO #564393)
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114
617-227-9999

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>)<br>THE VILLAGE AT CHESTNUT )<br>HILL., LLC. )<br>    Defendant )<br>) | C.A. No. 04 12078 RWZ |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Assented to Motion to Extend Time for Answering Complaint was served upon counsel for the plaintiff, O. Oliver Wragg, Esquire Fuller, Fuller and Associates, 12000 Biscayne Boulevard, North Miami, Florida 33181 by regular U.S. mail, postage prepaid on this 25th day of October, 2004.

Michael Eby (BBO # 150800)