IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, individually,

    Plaintiff,

v.

CIVIL ACTION NO.: 04-12078 RWZ-RCC

THE VILLAGE AT CHESTNUT HILL, LLC,
a Delaware limited liability company,

    Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and that party's counsel hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
George Iverson

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

OOW:jl
3408-MA Joint Scheduling Statement (jl 10-27-04).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ___11/23/04___ to:

Ross D. Ginsberg, Esq.
Gilman, McLaughlin & Hanrahan, LLP
101 Merimac Street
P.O. Box 9601
Boston, MA 02114-9601
Tel.: (617)227-9999; Fax: (617)227-7177

        The Plaintiff by his attorney:
        **FULLER, FULLER & ASSOCIATES, P.A.**
        12000 Biscayne Blvd., Suite 609
        North Miami FL 33181
        Tel.: (305)891-5199; Fax: (305)893-9505
        FFA@fullerfuller.com

        By:_____
        Oliver Wragg, Esq. (BBO #643152)
        Of Counsel

OOW:jl (jyl@fullerfuller.com)
FIELD(File_Case_Number) Joint Scheduling Statement (jl 10-27-04).wpd