UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>   )<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>    Defendant ) | C.A. No. 04 12078 RWZ |

**CORPORATE DISCLOSURE STATEMENT OF
THE VILLAGE AT CHESTNUT HILL LLC
PURSUANT TO LOCAL RULE 7.3 (A)**

The Village at Chestnut Hill LLC does not have any corporate parent. There is no publicly held company that owns 10% or more of the stock of the Village at Chestnut Hill LLC.

Respectfully submitted,

The Village at Chestnut Hill LLC

By its Attorneys,

_____
Michael Eby, Esquire (BBO #150800)
Ross D. Ginsberg, Esquire (BBO #564393)
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114
617-227-9999