UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>)<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>    Defendant )<br>) | C.A. No. 04 12078 RWZ |

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Defendant, Village at Chestnut Hill LLC's Answer to Plaintiff, George Iverson's, Complaint and Corporate Disclosure Statement of the Village at Chestnut Hill LLC Pursuant to Local Rule 7.3(A) was served upon counsel for the plaintiff, O. Oliver Wragg, Esquire Fuller, Fuller and Associates, 12000 Biscayne Boulevard, North Miami, Florida 33181 by regular U.S. mail, postage prepaid on this 19th day of November, 2004.

                                                     Ross D. Ginsberg (BBO # 564393)