IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

      Plaintiff,

             Case Number: 04-12078-RWZ

v.

THE VILLAGE AT CHESTNUT HILL, LLC,
a Delaware Limited Liability Company

      Defendant.

SUPPLEMENT TO THE
MOTION OF THE PLAINTIFF TO PERMIT COUNSEL
TO APPEAR PRO HAC VICE

  COMES NOW, the undersigned attorneys, as counsel for the plaintiffs herein and files this Supplement to the Motion of the Plaintiff to Permit Counsel to Appear Pro Hac Vice and as grounds states the following:

1. On December17, 2004, the Plaintiffs filed with this court a Motion of the Plaintiff to Permit Counsel to Appear Pro Hac Vice. In said motion on page 2 there is a recitation entitled Certificate of Conference wherein undersigned counsel certifies counsel for Plaintiff has made a good faith attempt to obtain concurrence for the relief sought in the motion but Defendant's counsel has been unavailable.

2.     Since the filing of that motion, the attorneys have been in contact with Ross Ginsberg, Counsel for the Defendant, who has assented to the motion of the plaintiff to permit counsel to appear Pro Hac Vice as to the admission of John P. Fuller, Esquire of the law firm of Fuller, Fuller and Associates for that purpose.

Respectfully submitted,

*O. Oliver Wragg, Esq.* with express permission

O. Oliver Wragg, Esquire
*of Counsel*
FULLER, FULLER AND ASSOCIATES, P.A.
(BBO#: 643152)
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

I hereby certify that a true and correct copy of the foregoing has been furnished to Ross D. Ginsberg, Esquire; Gilman, McLaughlin & Hanrahan, LLP; P.O. Box 9601; Boston, MA 02114; via U.S. Mail on this 17 day of December 2004.