LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

| NEW YORK OFFICE | MAIN OFFICE | ATLANTA OFFICE |
|---|---|---|
| 22ND FLOOR<br>67 WALL STREET<br>NEW YORK, NY 10005-3111 | SUITE 609<br>12000 BISCAYNE BOULEVARD<br>NORTH MIAMI, FLORIDA 33181 | SUITE 100<br>1870 THE EXCHANGE<br>ATLANTA, GEORGIA 30339 |

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: FFA@.FullerFuller.com

(Reply to: North Miami)
December 20, 2004

*Via Facsimile (617) 748-9096*

Ms. Lisa Urso
The Hon. Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

    Re:    *Iverson v. The Village at Chestnut Hill*
             *Case No. 04-CV-12078-RWZ; Our File #3608-MA*

Dear Ms. Urso:

    Per our telephone conversation of this date with your office, we hereby confirm that myself and opposing counsel, Ross Ginsberg, will be appearing by telephone at the scheduling conference now set for January 5, 2005 at 2:30 p.m. and that you will be contacting Mr. Ginsberg directly.

    Ross Ginsberg's telephone number is (617) 227-9999.

                                       Very truly yours,

                                       FULLER, FULLER & ASSOCIATES, P.A.

                                         By_____
                                              John P. Fuller, Esquire

JPF/mm

cc:    Ross Ginsberg, Esq. *(Via facsimile 617-227-7177)*

Urso Lisa(2)-Judge Zobel (mm 12-20-04).wpd