UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEGE IVERSON )<br>Plaintiff )<br>v. )<br>)<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>Defendant )<br>) | C.A. No. 04 12078 RWZ |

## JOINT SCHEDULING STATEMENT PURSUANT TO RULE 16.1(d)

Pursuant to Fed. R.Civ. P. 16 and the notice of Scheduling Conference, the parties jointly propose the following deadlines for filing motions and for discovery:

1. Motions to amend pleadings filed on or before January 14, 2005.

2. Deposition of plaintiff completed on or before February 10, 2005.

3. Plaintiff's inspection of premises to occur between February 11, 2005 and June 11, 2005.

4. All other fact discovery except as to defendant's financial information, shall occur between February 1, 2005 and May 10, 2005.

5. Plaintiff's expert report will be provided by July 1, 2005.

6. Defendant's expert report will be provided by August 1, 2005.

7. If necessary and relevant, discovery as to defendant's financial information on or before September 15, 2005.

8. Depositions of expert witnesses completed on or before August 15, 2005.

9. Motions for summary judgment filed by September 15, 2005.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>)<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>    Defendant )<br>) | C.A. No. 04 12078 RWZ |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Scheduling Statement Pursuant to Rule 16.1(d) was served upon counsel for the plaintiff, O. Oliver Wragg, Esquire Fuller, Fuller and Associates, 12000 Biscayne Boulevard, North Miami, Florida 33181 by regular U.S. mail, postage prepaid on this 20th day of December, 2004.

Ross D. Ginsberg (BBO # 564393)