UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON<br>    Plaintiff<br>v.<br><br>THE VILLAGE AT CHESTNUT<br>HILL, LLC.<br>    Defendant | C.A. No. 04 12078 RWZ |

## DEFENDANT'S LOCAL RULE 16.1(d) CERTIFICATE

The undersigned hereby certify that they have conferred with a view to establishing a budget for conducting the full course and other courses for the litigation; and have considered the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

The Village at Chestnut Hill LLC

The Village at Chestnut Hill LLC                    By its Attorneys,

By: _____                         _____
Peter Poras, Treasurer                              Michael Eby, Esquire (BBO #150800)
CM Props. Corp. Its Manager                         Ross D. Ginsberg, Esquire (BBO #564393)
                                                    Gilman, McLaughlin & Hanrahan LLP
                                                    101 Merrimac Street
                                                    P.O. Box 9601
                                                    Boston, MA 02114
                                                    617-227-9999