UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON )<br>    Plaintiff )<br>v. )<br>)<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>    Defendant )<br>) | C.A. No. 04 12078 RWZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Joint Scheduling Statement Pursuant to Rule 16.1(d) was served upon counsel for the plaintiff, O. Oliver Wragg, Esquire and John Fuller, Esquire, Fuller, Fuller and Associates, 12000 Biscayne Boulevard, North Miami, Florida 33181 by regular U.S. mail, postage prepaid on this 3rd day of January, 2005.

_____
Ross D. Ginsberg (BBO # 564393)