IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

       Plaintiff,

                                    Case Number: 1:04-cv-12078-RWZ

v.

THE VILLAGE AT CHESTNUT HILL 2, LLC,
a Massachusetts Limited Liability Company

       Defendant.

_____/

**PLAINTIFF'S REQUEST FOR MOTION FOR EXTENSION OF TIME
TO RESPOND TO COURT STATUS OF SETTLEMENT**

    COME NOW the Plaintiff, by and through undersigned counsel, and request the Court for an extension of time until June 1, 2005 to report to the Court whether the parties have reached a settlement and grounds therefore state the following:

1.    On January 5, 2005, the parties hereto, through their respective counsel, participated in a Scheduling Conference by telephone.

2.    During the Scheduling Conference, this Court ordered the inspection of the property that had been set for January 25, 2005 to take place, and if the Defendant desired to take the deposition of Plaintiff before the inspection, then the deposition should also proceed and that the parties should advise the Court whether a settlement had been reached by March 1, 2005.

3.    The deposition of the Plaintiff was taken on January 11, 2005. The parties had scheduled an inspection of the property for January 25, 2005, but because of the severe snow storm that hit Boston during this time, the undersigned attorney and Plaintiff's expert had to cancel the inspection, primarily because of the difficulty of

getting a flight to Boston and because of the difficulty involved in inspecting the

Defendant's property while the parking area and accessible routes were covered with

snow.

4.    The parties have agreed that the property inspection shall occur on March 16, 2005.

Plaintiff hereby respectfully requests this Court to allow the parties until June 1, 2005 to

advise the Court whether a settlement has been accomplished, and this date would allow for the

production of an expert report and the settlement agreement to be furnished to the Defendant and

thereafter a reasonable time for settlement discussions.

5.    The undersigned has conferred with opposing counsel who has stated that he has no

objection to the relief requested herein.

WHEREFORE, it is respectfully requested that this Court extend the time for the parties to

report to the Court as to the status of settlement be postponed until June 1, 2005.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail on

February 9 , 2005, to:

Ross D. Ginsberg, Esq. (BBO #564393)
Gilman, McLaughlin & Hanrahan, LLP
101 Merimac Street
P.O. Box 9601
Boston, MA 02114-9601

FULLER, FULLER AND ASSOCIATES, P.A.
*Attorneys for Plaintiff*
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199 - Dade
(305) 893-9505 - Fax

By:_____
O. Oliver Wragg, Esquire (Of Counsel)
Bar Number: BBO #643152
John P. Fuller, Pro Hac Vice
Florida Bar Number: 0276847