UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON,<br>    Plaintiff,<br>v.<br><br>THE VILLAGE AT CHESTNUT<br>HILL 2, LLC.,<br>    Defendant. | C.A. No. 04 12078 RWZ |

### DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO FILE ANSWER LATE

The Defendant, The Village at Chestnut Hill 2, LLC, moves for leave to file its Answer to the First Amended Complaint late. As reasons, therefor, the defendant states:

1. On September 27, 2004, the Plaintiff, George Iverson, filed a Complaint against The Village at Chestnut Hill, LLC, which entity answered the Complaint and denied that it owned the premises.

2. On January 6, 2005, the Plaintiff, George Iverson, filed a First Amended Complaint which changed the name of the Defendant. The amendment merely corrected the name of the Defendant to The Village at Chestnut Hill 2, LLC. The amendment was unopposed.

3. According to the March 7, 2005 docket entry, the Court allowed a Motion to Amend along with an extension to June 1, 2005, to file response/report to the Court on the status of settlement..

4. The Defendant had interpreted the Court's order to permit a reply to the First Amended Complaint by June 1, 2005, but it may have misread the order. To remove any doubt, the Defendant requests leave to file its Answer to the First Amended Complaint.

WHEREFORE the Defendant request leave to file Defendant's Answer to the Plaintiff's, George Iverson, First Amended Complaint.

Respectively submitted,

The Village at Chestnut Hill 2, LLC,

By its attorney,

Michael Eby, Esquire (BBO #150800)
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114
617-227-9999

Assented to:

John P. Fuller, Esquire
Fuller, Fuller and Associates, P.A.
12000 Biscayne Boulevard
North Miami, FL 33181
305-891-5199