UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON<br>    Plaintiff<br>v.<br>THE VILLAGE AT CHESTNUT<br>HILL 2, LLC.<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04 12078 RWZ |

**JOINT SETTLEMENT REPORT**

In accordance with the Courts' Order dated March 7, 2005, the plaintiff, George Iverson, and the defendant, The Village at Chestnut Hill 2, LLC, report on the progress of settlement as follows:

1.  On May 16, 2005, the plaintiff provided the defendant with his experts report from an inspection of the premises along with a proposed Consent Decree.

2.  After review of the documents, the defendants provided the plaintiff with a proposed scope of work on May 25, 2005, specifying the work the defendant would be willing to undertake in settlement. The plaintiff is presently reviewing the defendant's proposed scope of work.

3.  The parties believe that a settlement is probable and that additional time is necessary to reach agreement on the scope of work and the terms of the Consent Decree, including the proposed attorneys fees. The parties suggest that an additional thirty (30) days should be sufficient time in which to complete negotiations.

Wherefore, the parties request an additional thirty (30) days in which to negotiate settlement, reporting to the Court on July 1, 2005, on their progress.

Respectfully submitted,

| | |
|---|---|
| George Iverson | The Village at Chestnut Hill 2, LLC |
| By his Attorney, | By its Attorney, |
| /s/ John P. Fuller | /s/ Michael Eby |
| John P. Fuller, Esquire | Michael Eby, Esquire (BBO #150800) |
| Fuller, Fuller and Associates, P.A. | Gilman, McLaughlin & Hanrahan LLP |
| 12000 Biscayne Boulevard | 101 Merrimac Street |
| North Miami, FL 33181 | P.O. Box 9601 |
| 305-891-5199 | Boston, MA 02114 |
| | 617-227-9999 |