UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON )<br>     Plaintiff )<br>v. )<br> )<br>THE VILLAGE AT CHESTNUT )<br>HILL, LLC. )<br>     Defendant )<br> ) | C.A. No. 04 12078 RWZ |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for the defendant, The Village at Chestnut Hill, LLC, in the above-captioned matter.

_____
Ross D. Ginsberg, Esquire (BBO #564393)
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114
617-227-9999

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date 6-7-05 _____