IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | : |
| Plaintiff, | : |
| v. | : Case Number: 04-cv-12078-RWZ |
| THE VILLAGE AT CHESTNUT HILL 2, LLC, a Massachusetts Limited Liability Company, | : |
| Defendant. | : |

## JOINT SETTLEMENT REPORT

In accordance with the Court's Order dated June 2, 2005, the Plaintiff, George Iverson, and the Defendant, The Village at Chestnut Hill 2, LLC, report on the progress of settlement as follows.

1.  The parties are in advanced settlement discussions to resolve the issues in this case and have been exchanging different proposals in conjunction therewith.

2.  The parties believe that a settlement is highly probably and that additional time is necessary to finalize an agreement on the scope of work and the specific terms of the Settlement Agreement, including the proposed attorneys fees, expert fees, litigation expenses and costs. The parties suggest that an additional thirty (30) days shall be sufficient time in which to finalize negotiations.

THEREFORE, the parties jointly request an addition of thirty (30) days in which to finalize settlement negotiations, reporting to the Court on August 1, 2005, on their progress.

Respectfully submitted,

| | |
|---|---|
| George Iverson, by his attorney<br>John P. Fuller, Esquire<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Blvd., Suite 609<br>N. Miami, FL 33181<br>Tel. (305) 891-5199<br>Fax (305) 893-9505 | The Village at Chestnut Hill 2, LLP<br>Michael Eby, Esquire  (BBO 150800)<br>Gilman, Mclaughlin & Hanrahan, LLP<br>101 Merrimac Street<br>Boston, MA 02114<br>Tel. (617) 227-9999<br>Fax (617) 227-7177 |
| By _____/s/John P. Fuller_____<br>    John P. Fuller, Esquire, Pro Hac Vice | By _____/s/Michael Eby_____<br>    Michael Eby, Esquire |