IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | . |
| Plaintiff, | . |
| v. | . Case Number: 04-cv-12078-RWZ |
| THE VILLAGE AT CHESTNUT HILL 2, LLC, a Massachusetts Limited Liability Company, | . |
| Defendant. | . |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties herein request that the court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

**FOR PLAINTIFF:**

**Fuller, Fuller & Associates, P.A.**
John P. Fuller, Esq., Pro Hac Vice
O. Oliver Wragg, Esq., Of Counsel (BBO 643152)
12000 Biscayne Blvd., Suite 609
N. Miami, FL 33181
Tel. (305) 891-5199
Fax (305) 893-9505

By _____
    John P. Fuller, Esquire, Pro Hac Vice

**FOR DEFENDANT:**

**Gilman, McLaughlin & Hanrahan, LLP**
Michael Eby, Esq.  (BBO 150800)
101 Merrimac Street
Boston, MA 02114
Tel. (617) 227-9999
Fax (617) 227-7177

By _____
    Michael Eby, Esquire