IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, <br><br>   Plaintiff, <br><br> v. <br><br> THE VILLAGE AT CHESTNUT HILL 2, LLC, a Massachusetts Limited Liability Company, <br><br>   Defendant. | Case Number: 04-cv-12078-RWZ |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

a. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved by the Court;
b. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;
c. The Court retains jurisdiction of the above-styled cause solely for the purpose to enforce the Settlement Agreement; and
d. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers on this _____ day of July 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
John P. Fuller, Esquire
O. Oliver Wragg, Esquire
Michael Eby, Esquire